OJS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
James D. Graves

## DEFENDANTS
ConAgra Foods, Inc..

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Dean J. Caras, Esq.
DEAN J. CARAS & ASSOCIATES
320 West Illinois Street, Suite 2216
Chicago, Illinois 60610

Attorneys (If Known)
Cara M. Houck, Esq.
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
312.849.8100

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| 110 Insurance | 310 Airplane | 362 Personal Injury – Med. Malpractice | 610 Agricult... | | 400 State Reapportionment |
| 120 Marine | 315 Airplane Product Liability | [x] 365 Personal Injury – Product Liability | 620 Other Food... | | 410 Antitrust |
| 130 Miller Act | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 625 Drug Related of Property | | 430 Banks and Banking |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | PERSONAL PROPERTY | 630 Liquor L... | | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | 370 Other Fraud | 640 R.R. & T... | | 460 Deportation |
| 151 Medicare Act | 345 Marine Product Liability | 371 Truth in Lending | 650 Airline Reg... | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 350 Motor Vehicle | 380 Other Personal Property Damage | 660 Occupational Safety/Health | | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | 690 Other | LABOR | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 360 Other Personal Injury | | | 710 Fair Labor Standards Act | 810 Selective Service |
| 190 Other Contract | | | | 720 Labor/Mgmt. Relations | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | | | | 730 Labor/Mgmt.Reporting & Disclosure Act | SOCIAL SECURITY |
| 196 Franchise | | | | 740 Railway Labor Act | 861 HIA (1395ff) |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | 790 Other Labor Litigation | 862 Black Lung (923) |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | | 791 Empl. Ret. Inc. Security Act | 863 DIWC/DIWW (405(g)) |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | | FEDERAL TAX SUITS | 864 SSID Title XVI |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 865 RSI (405(g)) |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 875 Customer Challenge 12 USC 3410 |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 540 Mandamus & Other | | | 890 Other Statutory Actions |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 550 Civil Rights | | | 891 Agricultural Acts |
| | 440 Other Civil Rights | 555 Prison Condition | | | 892 Economic Stabilization Act |
| | | | | | 893 Environmental Matters |
| | | | | | 894 Energy Allocation Act |
| | | | | | 895 Freedom of Information Act |
| | | | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | | | 950 Constitutionality of State Statutes |

**07CV7047 JUDGE MORAN MAG. JUDGE ASHMAN**

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1332

Brief description of cause:
Product liability alleging salmonella contamination

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____
DOCKET NUMBER _____

DATE: December 14, 2007

SIGNATURE OF ATTORNEY OF RECORD: /s/ Cara M. Houck

**FILED DEC 1 4 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____