

FILED
DEC 1 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 1 4 2007

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES D. GRAVES,

    Plaintiff,

v.

CONAGRA FOODS, INC.,

    Defendant.

**07CV7047
JUDGE MORAN
MAG. JUDGE ASHMAN**

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT CONAGRA FOODS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, ConAgra Foods, Inc. ("ConAgra"), by its attorneys, states that it has no parent corporation. ConAgra further states that no publicly held corporation or parent corporation (i) controls the operations (directly or through others) of ConAgra or (ii) owns ten percent (10%) or more of ConAgra's stock.

Dated: December 14, 2007

                CONAGRA FOODS, INC.

                By: _____
                Cara M. Houck
                McGuireWoods LLP
                77 West Wacker Drive, Suite 4100
                Chicago, Illinois 60601
                312.849.8100
                312.849.3690 Fax
                chouck@mcguirewoods.com
                ATTORNEYS FOR DEFENDANT CONAGRA FOODS, INC.

## PROOF OF SERVICE

I certify that a copy of the foregoing Corporate Disclosure Statement has been served via first-class United States mail, postage prepaid, this 14th day of December, 2007, upon the following:

>Dean J. Caras, Esq.
>Dean J. Caras & Associates
>320 West Illinois Street
>Suite 2216
>Chicago, Illinois 60610

*Cara M. Houck*
Cara M. Houck
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
312.849.8100
312.849.3690 Fax
chouck@mcguirewoods.com
ATTORNEYS FOR DEFENDANT CONAGRA FOODS, INC.

\4916392.1