## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:  07 C 7047

**JAMES D. GRAVES,**

**v.**

**CONAGRA FOODS, INC.,**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DEFENDANT CONAGRA FOODS, INC.**

| | |
|---|---|
| NAME (Type or print)<br>**John D. Bonini** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ John D. Bonini | |
| FIRM<br>**McGuireWoods LLP** | |
| STREET ADDRESS<br>**77 West Wacker Drive, Suite 4100** | |
| CITY/STATE/ZIP<br>**Chicago, Illinois 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**06289090** | TELEPHONE NUMBER<br>**312-849-8100** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |