# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number:    07 cv 7047

JAMES D. GRAVES

v.

CONAGRA FOODS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF JAMES D. GRAVES

| |
|---|
| NAME (Type or print)<br>Dean J. Caras |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　　　s/ Dean J. Caras |
| FIRM<br>Dean J. Caras & Associates |
| STREET ADDRESS |
| CITY/STATE/ZIP<br>320 W. Illinois Street, Suite 2216, Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6191319 | TELEPHONE NUMBER<br>312-494-1500 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　　　YES X☐　　　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　　　YES ☐　　　NO X☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　　YES X ☐　　　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　YES X☐　NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL X☐　　　APPOINTED COUNSEL ☐ |