UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

January 29, 2008

07cv7047
JUDGE MORAN

**FILED**
FEB 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg.
& U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

*[Stamp: RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta FEB -1 2008 JAMES N. HATTEN, Clerk, By Deputy Clerk]*

Re: MDL No. 1845 -- IN RE: ConAgra Peanut Butter Products Liability Litigation

(See Attached CTO-11)

Dear Mr. Hatten:

   I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>January 11, 2008</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
      Deputy Clerk

Attachment

cc:   Transferee Judge:       Judge Thomas W. Thrash, Jr.
      Transferor Judges:      (See Attached List of Judges)
      Transferor Clerks:      (See Attached List of Clerks)

JPML Form 36