**FILED**

FEB 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 11 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION

MDL No. 1845

(SEE ATTACHED SCHEDULE)

07cv7047
JUDGE MORAN

## CONDITIONAL TRANSFER ORDER (CTO-11)

On July 17, 2007, the Panel transferred 17 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 495 F.Supp.2d 1381 (J.P.M.L. 2007). Since that time, 97 additional actions have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of July 17, 2007, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 29 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB - 4 2008

JAMES N. HATTEN, CLERK
By: Deputy Clerk

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1845

### SCHEDULE CTO-11 - TAG-ALONG ACTIONS

| DIST, DIV, C.A. # | CASE CAPTION |
|---|---|
| **ILLINOIS NORTHERN** | |
| ILN   1   07-7047 | James D. Graves v. ConAgra Foods, Inc. |
| **KENTUCKY EASTERN** | |
| KYE   6   08-6 | Norma Jean Perry, et al. v. ConAgra Foods, Inc. |
| **LOUISIANA WESTERN** | |
| LAW   3   07-2161 | Elizabeth Dunaway v. ConAgra Foods, Inc. |
| **MISSOURI EASTERN** | |
| ~~MOE   4   07-2064~~ | ~~Amanda Wyatt v. ConAgra Foods, Inc.~~  Opposed 1/29/08 |
| **TEXAS SOUTHERN** | |
| TXS   7   07-302 | Patricia J. Ladd v. ConAgra Foods, Inc. |

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION                                          MDL No. 1845

## INVOLVED COUNSEL LIST (CTO-11)

Daniel J. Bruntrager
BRUNTRAGER & BILLINGS
1735 S. Big Bend Boulevard
St Louis, MO 63117

Anthony J. Bruscato
LAW OFFICE OF ANTHONY J BRUSCATO
2011 Hudson Lane
P.O. Box 2374
Monroe, LA 71207-2374

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
One Nashville Place
150 4th Avenue North
Suite 1650
Nashville, TN 37219-2423

Dean James Caras
DEAN J CARAS PC
320 West Illinois Street
Suite 2216
Chicago, IL 60610

Albert M. Hand, Jr.
COOK YANCEY KING & GALLOWAY
P.O. Box 22260
Shreveport, LA 71120-2260

Cara M. Houck
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-7567

Andre M. Landry, III
KACAL ADAMS & LAW
One Riverway
Suite 1200
Houston, TX 77056

John R. Leach, III
O'QUINN LAW FIRM
440 Louisiana
2300 Lyric Centre
Houston, TX 77002

Albert B. McQueen, Jr.
WILSON POLITES & MCQUEEN
444 East Main Street
Suite 201
Lexington, KY 40507

Carmen Sessions Scott
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Robert H. Smalley, III
MCCAMY PHILLIPS TUGGLE
 & FORDHAM LLP
P.O. Box 1105
Dalton, GA 30722

James H. Walsh
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

Michael L. Young
HEPLER BROOM MACDONALD
HEBRANK ET AL
800 Market Street
Suite 2300
St. Louis, MO 63101-2029

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION

MDL No. 1845

## INVOLVED JUDGES LIST (CTO-11)

Hon. James B. Moran
Senior U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Karen K. Caldwell
U.S. District Judge
Room 354 Federal Building
330 W. Broadway
Frankfort, KY 40601

Hon. Robert G. James
U.S. District Judge
U.S. District Court
P.O. Drawer 3107
Monroe, LA 71201-3107

~~Hon. Catherine D. Perry~~
~~U.S. District Judge~~
~~14S Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-1116~~

Hon. Randy Crane
U.S. District Judge
U.S. District Court
1701 W. Business Highway 83
Suite 928
McAllen, TX 78501

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION

MDL No. 1845

## INVOLVED CLERKS LIST (CTO-11)

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Leslie G. Whitmer, Clerk
P.O. Box 5121
London, KY 40745

Robert H. Shemwell, Clerk
Post Office Drawer 3087
Monroe, LA 71201-3087

~~James G. Woodward, Clerk~~
~~3300 Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-1116~~

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059