

**MICHAEL W. DOBBINS**
CLERK

### UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

February 11, 2008

James N. Hatten, Clerk of Court
2217 Richard B. Russell Federal Building and Courthouse
75 Spring Street SW
Atlanta, GA 30303-3361

   *RE:* *Graves vs. ConAgra Foods, Inc.*
      *Case No: 07cv7047*

Dear Clerk:

Pursuant to the transfer order entered by US Judicial Panel on Multidistrict Litigation on January 11, 2008, the above record was electronically transmitted to the Northern District of Georgia.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

     Sincerely yours,

     Michael W. Dobbins, Clerk

     By:  / s/ R.B. Franco
          Deputy Clerk

Enclosure

New Case No. _____  Date _____

cc: Dean J. Caras, counsel for James D Graves
  Cara M Houck, counsel for ConAgra Foods, Inc.
  John D Bonini, counsel for ConAgra Foods, Inc.