

07cv7047

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery   2/6/08 |
| 1. Article Addressed to:<br><br>James N. Hatten, Clerk of Court<br>211 Richard B. Russell Federal Building<br>and United States Courthouse<br>75 Spring Street, S.W.<br>Atlanta, GA 30303-3309 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0005 2032 2119 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED

FEB 26 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT